### James B. Colgate v. The Michigan Lake Shore R. R. Co.

*Final order : Appeal in chancery : Receiver.*   An order discharging a receiver in a chancery cause and providing for the rendering of an account by him on notice of the order, for passing his account when rendered, for canceling his bond, for the payment into court of any surplus in his hands, for the restora-́tion of the property taken into his possession as receiver, and when he shall have complied with these directions, for the dismissal of the bill, is not such a final order as is appealable under our statute.

*Heard and decided November 4.*

Appeal in Chancery from Allegan Circuit.

Motion to dismiss the appeal on the ground that the order appealed from is not a final or appealable one.

The order in question is one discharging a receiver who had been appointed in the cause, and providing for the rendering of an account by the receiver on service of notice of the order upon him; for the passing of his account when rendered ; for the canceling of his bond; for the payment into court of any surplus in his hands, and for the restoration of the property taken into his possession as

receiver. The order then proceeds as follows: "It is further ordered that when the receiver shall have fully complied with the directions in this order recited, the bill in this cause be dismissed out of this court without prejudice."

*L. D. Norris,* for the motion.

*E. S. Eggleston, contra.*

THE COURT held that this was not such a final order as was appealable under our statute.

Motion granted, with costs.